| | |
|---|---|
| ARNOLD & PORTER LLP<br>ANGEL A. GARGANTA (SBN 163957)<br>MANAV KUMAR (SBN 266277)<br>One Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-3711<br>Telephone: +1 415.356.3000<br>Facsimile: +1 415.356.3099<br>E-Mail: angel.garganta@aporter.com<br>          manav.kumar@aporter.com | THE TERRELL LAW GROUP<br>REGINALD TERRELL (SBN 127874)<br>P.O. Box 13315, PMB # 148<br>Oakland, CA 94661<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br><br>Attorneys for Plaintiff<br>ELAINE PELOBELLO |

EMILIA P. E. MORRIS (SBN 253681)
777 South Figueroa Street, 44th Floor
Los Angeles CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
E-Mail: emilia.morris@aporter.com

Attorneys for Defendant
THE QUAKER OATS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE PELOBELLO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>　　　　　Defendant. | Case No.: 3:11-cv-00093-RS<br><br>**JOINT STIPULATION TO TAKE THE CASE MANAGEMENT CONFERENCE OFF CALENDAR AND TO STAY THE PROCEEDING PENDING THE RULING OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND [PROPOSED] ORDER** |

WEST: 30728218v2

This Stipulation is entered into by and between Plaintiff Elaine Pelobello, an individual, and Defendant The Quaker Oats Company ("Quaker"), by and through their respective counsel. This Stipulation is made with respect to the following facts and circumstances:

WHEREAS, the Court related this case on February 8, 2011 to the matter of *Chacanaca, et al. v. The Quaker Oats Company*, Case No. 5:10-cv-00502 RS, which is also related to the matters of *Yrene, et al. v. The Quaker Oats Company*, Case No. 5:10-cv-05398-RS, and *Bruno and Yumul v. The Quaker Oats Company*, Case No. 5:10-cv-05538,

WHEREAS, the Court has scheduled a case management conference in this matter for February 24, 2011,

WHEREAS, the Parties filed on January 28, 2011 a joint stipulation requesting that the case be stayed pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer this case and four other cases, including the *Chacanaca*, *Yrene* and *Bruno* cases, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407,

WHEREAS, the JPML has set a hearing on the transfer motion to take place in San Diego, California on March 30, 2011,

WHEREAS, the Court stayed the *Chacanaca*, *Yrene*, and *Bruno* actions as a result of the pending JPML proceedings on February 3, 2011, *see* Feb. 3, 2011 *Chacanaca* Order Denying Plaintiff's Motion to Consolidate and Appoint Interim Class Counsel Without Prejudice,

WHEREAS, counsel for Quaker has planned to travel out of state on February 24, 2011,

NOW, THEREFORE, in consideration of the above, Plaintiff Elaine Pelobello and Defendant Quaker, hereby stipulate as follows:

1. The Case Management Conference scheduled for February 24, 2011 shall be taken off calendar.

2. This action is stayed pending the ruling of the Judicial Panel on Multidistrict Litigation regarding this case.

3. All filing obligations and deadlines are hereby suspended.

4.   The stay will remain in effect until the later of (1) thirty days after the decision by the Judicial Panel on Multidistrict Litigation, or (2) until five days after the first status conference with the MDL transferee judge.

IT IS SO STIPULATED.

Dated: February 17, 2011                          ARNOLD & PORTER LLP


                                                  By:  /s/ Angel A. Garganta
                                                       Angel A. Garganta

                                                  Attorneys for Defendant
                                                  The Quaker Oats Company


Dated: February 17, 2011                          THE TERRELL LAW GROUP


                                                  By:  /s/ Reginald Terrell
                                                       Reginald Terrell

                                                  Attorneys for Plaintiff Elaine Pelobello


### [~~PROPOSED~~] ORDER

Based on the Parties' Joint Stipulation to Take the Case Management Conference Off Calendar and to Stay The Proceeding Pending the Ruling of the Judicial Panel on Multidistrict Litigation, and good cause appearing therefore, it is hereby ORDERED that:

1.   The Case Management Conference scheduled for February 24, 2011 shall be taken off calendar.

2.   This action is stayed pending the ruling of the Judicial Panel on Multidistrict Litigation regarding this case.

3.   All filing obligations and deadlines are hereby suspended.

4. The stay will remain in effect until the later of (1) thirty days after the decision by the Judicial Panel on Multidistrict Litigation, or (2) until five days after the first status conference with the MDL transferee judge.

**IT IS SO ORDERED.**

Dated:   2/17/11

By: *[signature]*
RICHARD SEEBORG

United States District Judge

**Submitted by:**

ARNOLD & PORTER LLP

THE TERRELL LAW GROUP

By:  /s/ Angel A. Garganta
     Angel A. Garganta

Attorneys for Defendant
The Quaker Oats Company

By:  /s/ Reginald Terrell
     Reginald Terrell

Attorneys for Plaintiff Elaine Pelobello