ARNOLD & PORTER LLP
ANGEL A. GARGANTA (SBN 163957)
MANAV KUMAR (SBN 266277)
One Embarcadero Center, 22nd Floor
San Francisco, CA 94111-3711
Telephone: +1 415.356.3000
Facsimile: +1 415.356.3099
E-Mail: angel.garganta@aporter.com
        manav.kumar@aporter.com

EMILIA P. E. MORRIS (SBN 253681)
777 South Figueroa Street, 44th Floor
Los Angeles CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199
E-Mail: emilia.morris@aporter.com

Attorneys for Defendant
THE QUAKER OATS COMPANY

THE TERRELL LAW GROUP
REGINALD TERRELL (SBN 127874)
P.O. Box 13315, PMB # 148
Oakland, CA 94661
Telephone: (510) 237-9700
Facsimile: (510) 237-4616

Attorneys for Plaintiff
ELAINE PELOBELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE PELOBELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 3:11-cv-00093-RS<br><br>**JOINT STIPULATION REGARDING DEADLINE TO RESPOND TO THE COMPLAINT AND [~~PROPOSED~~] ORDER** |

This Stipulation is entered into by and between Plaintiff Elaine Pelobello, an individual, and Defendant The Quaker Oats Company ("Quaker"), by and through their respective counsel. This Stipulation is made with respect to the following facts and circumstances:

WHEREAS, the Complaint in this case was filed on January 7, 2011 (Dkt. # 1);

WHEREAS, the Court related this case on February 8, 2011 to the matter of *Chacanaca, et al. v. The Quaker Oats Company*, Case No. 5:10-cv-00502 RS ("*Chacanaca* Matter") (Dkt. #11), which is also related to the matters of *Yrene, et al. v. The Quaker Oats Company,* Case No. 5:10-cv-05398-RS ("*Yrene* Matter"), and *Bruno and Yumul v. The Quaker Oats Company*, Case No. 5:10-cv-05538 ("*Bruno* Matter");

WHEREAS, on February 18, 2011, the Court entered a Joint Stipulation to Take the Case Management Conference Off Calendar and to Stay the Proceeding Pending the Ruling of the Judicial Panel on Multidistrict Litigation, providing that a "stay will remain in effect until the later of (1) thirty days after the decision by the Judicial Panel on Multidistrict Litigation, or (2) until five days after the first status conference with the MDL transferee judge." (Dkt. # 14);

WHEREAS, on April 8, 2011, the Joint Panel on Multidistrict Litigation issued an Order Denying Transfer and Centralization of Actions (Dkt. #17);

WHEREAS, currently pending before the Court in the related *Chacanaca* Matter is a Motion to Consolidate the *Chacanaca*, *Yrene*, *Bruno*, and present *Pelobello* Matters (*Chacanaca* Dkt. # 75), and a hearing on that Motion is scheduled for June 2, 2011 (*Chacanaca* Dkt. #77);

NOW, THEREFORE, in consideration of the above, Plaintiff Elaine Pelobello and Defendant Quaker, hereby stipulate as follows:

1. The deadline to respond to the Complaint in this case is stayed pending a ruling on the Motion to Consolidate.

2. If the Motion to Consolidate is granted, Quaker shall respond to the Complaint on such schedule as the Court may set for filing and responding to a consolidated complaint.

3. If the Motion to Consolidate is denied, Quaker shall respond to the Complaint on such schedule as may be set forth by the Court in this case.

1 | IT IS SO STIPULATED.

2 | Dated:  May 3, 2011              ARNOLD & PORTER LLP

3

4 |                                  By:  /s/ Angel A. Garganta
                                          Angel A. Garganta
5
                                     Attorneys for Defendant
6                                    The Quaker Oats Company

7

8

9 | Dated:  May 3, 2011              THE TERRELL LAW GROUP

10

11                                   By:  /s/ Reginald Terrell
                                          Reginald Terrell
12
                                     Attorneys for Plaintiff Elaine Pelobello
13  •

14

...

26 | //

27 | //

28 | //

- 3 -
JOINT STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT AND [P~~ROPOSE~~D] ORDER,
3:11-cv-00093-RS

# [~~PROPOSED~~] ORDER

Based on the Parties' Joint Stipulation Regarding Deadline to Respond to Complaint, and good cause appearing therefore, it is hereby ORDERED that:

1. The deadline to respond to the Complaint in this case is stayed pending a ruling on the Motion to Consolidate.

2. If the Motion to Consolidate is granted, Quaker shall respond to the Complaint on such schedule as the Court may set for filing and responding to a consolidated complaint.

3. If the Motion to Consolidate is denied, Quaker shall respond to the Complaint on such schedule as may be set forth by the Court in this case.

**IT IS SO ORDERED.**

Dated:  5/13/11

By: _/s/ Richard Seeborg_
RICHARD SEEBORG
United States District Judge

**Submitted by:**

ARNOLD & PORTER LLP                THE TERRELL LAW GROUP

By:  /s/ Angel A. Garganta          By:  /s/ Reginald Terrell
Angel A. Garganta                        Reginald Terrell

Attorneys for Defendant              Attorneys for Plaintiff Elaine Pelobello
The Quaker Oats Company